AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CHABOT, HERBERT L. | UNITED STATES TAX COURT | 05/12/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE, SENIOR STATUS | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

400 SECOND STREET, N.W.
WASHINGTON, D. C. 20217

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHABOT, HERBERT L. | 05/12/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Montgomery Co. Pub. Sch.--subst. Teacher--sal. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHABOT, HERBERT L. | 05/12/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHABOT, HERBERT L. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Ares Capital stock | B | Dividend | K | T | | | | | |
| 2.   Time Warner stock | A | Dividend | K | T | | | | | |
| 3.   BankAmerica stock | A | Dividend | J | T | Sold (part) | 11/05/13 | J | | |
| 4.   Verizon stock | A | Dividend | J | T | | | | | |
| 5.   J.P. Morgan Chase stock | A | Dividend | K | T | | | | | |
| 6.   Exelon stock | A | Dividend | J | T | | | | | |
| 7.   Consumers Energy pfd stock | A | Dividend | J | T | | | | | |
| 8.   Diebold stock | B | Dividend | K | T | | | | | |
| 9.   Federal Realty Invest. Tr. stock | D | Dividend | N | T | | | | | |
| 10.   Macy's stock | B | Dividend | M | T | | | | | |
| 11.   Ford stock | A | Dividend | J | T | | | | | |
| 12.   Johnson & Johnson stock | D | Dividend | N | T | | | | | |
| 13.   Mid-America Apts REIT stock | B | Dividend | L | T | | | | | |
| 14.   NL Industries stock | A | Dividend | J | T | | | | | |
| 15.   Ventas stock | C | Dividend | L | T | | | | | |
| 16.   Nestle ADSs | D | Dividend | M | W | | | | | |
| 17.   Sprint-Nextel stock | | None | J | T | Sold (part) | 07/11/13 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | CHABOT, HERBERT L. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Occidental Petroleum stock | B | Dividend | L | T | | | | | |
| 19. AT&T stock | B | Dividend | K | T | | | | | |
| 20. Templeton Dragon Fd Stock | C | Dividend | L | T | | | | | |
| 21. General Mills stock | C | Dividend | M | T | | | | | |
| 22. Travelers stock | B | Dividend | M | T | | | | | |
| 23. Invesco Van Kampen Tax-Exempt Muni. Fd. --------C stock | D | Interest | M | T | | | | | |
| 24. Marsh & McLennan stock | A | Dividend | K | T | | | | | |
| 25. McGraw Hill stock | B | Dividend | L | T | | | | | |
| 26. Paychex stock | B | Dividend | L | T | | | | | |
| 27. General Electric stock | B | Dividend | L | T | Buy | 02/18/13 | K | | |
| 28. Mosaic stock | A | Dividend | J | T | | | | | |
| 29. ConocoPhillips stock | D | Dividend | M | T | | | | | |
| 30. National Muni--Blackrock--CL Fund stock | C | Interest | M | T | | | | | |
| 31. Franklin-Templeton Templeton-A Foreign Fund stock | D | Dividend | M | T | | | | | |
| 32. Capital One, N.A. | A | Interest | M | T | | | | | |
| 33. SunTrust Bank | A | Interest | M | T | | | | | |
| 34. Wells Fargo Bank | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHABOT, HERBERT L. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. (H) Rollover IRA (UBS) | | | | | | | | | |
| 36. UBS Bank USA Deposit Acct. | A | Interest | K | T | | | | | |
| 37. Carnival stock | A | Dividend | K | T | | | | | |
| 38. Templeton Foreign Fund stock | B | Dividend | M | T | Sold (part) | 11/08/13 | J | | |
| 39. Bank America stock | A | Dividend | J | T | | | | | |
| 40. (H) Other IRAs | | | | | | | | | |
| 41. Capital One, N.A. Lincoln Financial Group | C | Interest | L | T | | | | | |
| 42. Amphenol class A stock | A | Dividend | M | T | | | | | |
| 43. Intel stock | A | Dividend | J | T | | | | | |
| 44. IBM stock | B | Dividend | L | T | | | | | |
| 45. Southwest Airlines stock | A | Dividend | J | T | | | | | |
| 46. Comcast-A stock | A | Dividend | K | T | | | | | |
| 47. (H) Rollover IRA (UBS) | | | | | | | | | |
| 48. American Funds--Capital Income Builder--Class A | A | Dividend | J | T | | | | | |
| 49. Automatic Data Processing stock | A | Dividend | K | T | | | | | |
| 50. Centurytlink stock | B | Dividend | K | T | | | | | |
| 51. HanesBrands stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHABOT, HERBERT L. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Tim Horton's stock | B | Dividend | L | T | | | | | |
| 53. Broadridge Financial stock | A | Dividend | J | T | | | | | |
| 54. Rollover IRA (UBS)--Ventas stock | B | Dividend | K | T | | | | | |
| 55. Carnival stock | A | Dividend | | | Sold | 11/05/13 | K | | |
| 56. Time-Warner Cable stock | A | Dividend | K | T | | | | | |
| 57. U.S. Bancorp pfd B stock | B | Dividend | K | T | | | | | |
| 58. McKesson stock | A | Dividend | K | T | | | | | |
| 59. CVS-Caremark stock | A | Dividend | L | T | | | | | |
| 60. DE US stock | | | | | Sold | 01/10/13 | K | C | |
| 61. Danaher stock | A | Dividend | K | T | | | | | |
| 62. Phillips 66 stock | B | Dividend | L | T | | | | | |
| 63. Union Pacific stock | A | Dividend | K | T | | | | | |
| 64. C.B.O.E. | A | Dividend | J | T | Buy | 11/05/13 | J | | |
| 65. Dick's Sporting Goods | A | Dividend | K | T | Buy | 07/11/13 | K | | |
| 66. Franklin-Templeton Global Bond Fund-- Class A | B | Dividend | K | T | Buy | 02/05/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **CHABOT, HERBERT L.** | 05/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII of Report:  Sprint-Nextel:  The transaction was in response to a tender offer.

American Funds Capital Income Builder:
In a confusing series of tranactions the Class B shares were converted to Class A shares.
Thereafter, the management of that IRA was changed from Capital One to UBS.
Thereafter, the American Funds Capital Income builder Class B Shares were folded into the Rollover IRA (UBS).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ HERBERT L. CHABOT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544